IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHANIS-ORION MORNINGSTAR**  **PLAINTIFF**
ADC #164590

v.  CASE NO. 4:22-CV-00339-BSM

**DOCK KING,** *et al.*  **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. Nos. 9, 36] are adopted. Defendants' motion for summary judgment [Doc. No. 30] is granted, and plaintiff's amended complaint [Doc. No. 4] is dismissed without prejudice for failure to exhaust administrative remedies.

IT IS SO ORDERED this 21st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE