IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHANIS-ORION MORNINGSTAR**  PLAINTIFF
ADC #164590

v.  CASE NO. 4:22-CV-00339-BSM

**DOCK KING**, *et al.*  DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 21st day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE